UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-02999-SVW-RZx | Date | June 20, 2012 |
|---|---|---|---|
| Title | Jonathan Martinez v. GC Services, Inc., et al | | |

**JS-6**

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Kane Tien | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**   IN CHAMBERS ORDER re NOTICE OF VOLUNTARY DISMISSAL [16]

      The Court, having received plaintiff's Notice of Voluntary Dismissal (Dkt. 16) filed June 20, 2012, hereby ORDERS this case dismissed.  The status conference for July 2, 2012 is hereby VACATED.

|  | : |
|---|---|
| Initials of Preparer | KTI |